### KAIN AND STROUD *vs.* COMMERCIAL BANK.

#### APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

On a question of fact, whether the plaintiffs sold the articles charged,
to the defendants or to the undertaker, when the evidence fails to show
the court below erred, its judgment will not be disturbed.

This is an action, instituted by the plaintiffs against the
defendants, charging them with sundry articles, as pillaster
chimney pieces, Roman cement, grates, and various other
things, according to a detailed account rendered and annexed
to the petition, amounting to one thousand two hundred and
seventy-nine dollars and twenty-five cents, *per the order of
Mr. Clarkson.*

The defendants pleaded a general denial.

Upon the trial, testimony was taken to show who ordered
the materials in question, the bank denying that the plain-
tiffs had any right to look to them, &c.

After examining all the testimony, which relates solely to
matters of fact, the district judge rejected the main part of

the demand, and gave judgment for only ninety-seven dollars and twenty-five cents, and costs. The · plaintiffs appealed.

EASTERN DIST.
*February*, 1837.

HYDE ET AL.
*vs.*
MISS. MARINE
AND FIRE INS. CO.

*G. B. Duncan*, for the plaintiffs.

*Conrad, contra.*

*Bullard, J.*, delivered the opinion of the court.

This case presents only a question of fact, to wit: whether certain mantel pieces which were put up in the banking house of the defendants, were sold by the plaintiffs to them, or to the undertaker who had constructed the building. An attentive examination of the evidence has failed to satify us, that the court below came to an erroneous conclusion.

On a question of fact, whether the plaintiffs sold the articles charged, to the defendants or to the undertaker, when the evidence fails to show the court below erred, its judgment will not be disturbed.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.